UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERESA JEAN PUDELEK,

    Plaintiff,

v.

ASCENSION HEALTH,

    Defendant.

Case No. 23-12340
Honorable Laurie J. Michelson

# SCHEDULING ORDER

This civil case having come before the Court pursuant to Federal Rule of Civil Procedure 16 and the parties having submitted a proposed discovery plan, the Court enters the following schedule to manage the progress of the case:

| EVENT[1] | DEADLINE |
|---|---|
| Amendment of Pleadings | Per Federal Rule of Civil Procedure 15 |
| Interim Status Conference[2] | March 6, 2024 at 1:00 p.m. |
| Witness Lists Filed | April 8, 2024 |
| Plaintiff's Expert Disclosures | May 27, 2024 |
| Fact Discovery Completed By | June 7, 2024 |
| Defendant's Expert Disclosures | June 27, 2024 |
| Rebuttal Expert Disclosures | July 11, 2024 |
| Expert Discovery Completed By | August 12, 2024 |
| Dispositive Motions Filed By | September 12, 2024 |
| Challenges to Experts | September 12, 2024 |

---

[1] For any events not listed on the Scheduling Order, please refer to Federal Rule of Civil Procedure 26.

[2] To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (313) 261-7355. The system will then provide directions for joining the call; when asked for a Conference ID, use 877 825 939. If possible, please refrain from participating in the conference on a cell phone.

| Motions *in Limine* | TBD |
|---|---|
| Joint Proposed Final Pretrial Order (and pretrial submissions) | TBD |
| Final Pretrial Conference | TBD |
| Jury Trial | TBD |
| Estimated Length of Trial | TBD |

As this case progresses, the parties are to continually review this Court's Case Management Requirements found at ECF No. 6.

SO ORDERED.

Dated: December 8, 2023

                                                       s/Laurie J. Michelson
                                                      LAURIE J. MICHELSON
                                                      UNITED STATES DISTRICT JUDGE